IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTONIO J. PAYTON JR.,

  Petitioner,

    v.

UNITED STATES OF AMERICA.,

  Respondent.

Civil Case No. 20-cv-1122-JPG
Crim. Case No. 99-cr-40034-JPG-001

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Antonio J. Payton Jr.'s motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is dismissed for lack of jurisdiction.

**DATED: October 26, 2020**      **MARGARET M. ROBERTIE, Clerk of Court**

                                              **s/Tina Gray, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**